FILED

07/06/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0587

# In the Supreme Court of the State of Montana

## Supreme Court No. DA 19-0587

State of Montana,

  Plaintiff and Appellee,

-vs-

Mark Alan Mendoza,

  Defendant and Appellant.

## Order

Upon consideration of Appellant's motion for extension of time, and good cause appearing,

It is hereby ordered that the Appellant is granted an extension of time to and including August 3, 2020, within which to prepare, file, and serve the Appellant's Opening Brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 6 2020